IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-MHT |
| **FRANK SOWERS** | ) | (WO) |

## OPINION

Pursuant to Fed.R.Civ.P.60(b), defendant Frank Sowers filed a motion asking the court to vacate a prior judgment. This criminal case is now before the court on the recommendation of the United States Magistrate Judge that the motion should be denied. Also before the court are Sowers's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of August, 2007.

                        /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE