IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-MHT |
| FRANK SOWERS | ) | (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Frank Sowers's objections (Doc. Nos. 1905 & 1906) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 1904) is adopted.

(3) Defendant Sowers's motion for relief from judgment (Doc. No. 1900) is denied.

DONE, this the 9th day of August, 2007.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE