IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:94cr62-MHT** |
| | ) | **(WO)** |
| **FRANK SOWERS** | ) | |

### ORDER

It is ORDERED that defendant Frank Sowers's motion for appointment of counsel (doc. no. 2110) is denied. Defendant Sowers does not need the assistance of counsel in order to have his case reviewed for a sentencing reduction under Amendment 782. Should the court later determine that counsel is needed in order to address defendant Sowers's claim that his base level was miscalculated, it will appoint counsel at that time.

DONE, this the 5th day of May, 2015.

                                                    /s/ Myron H. Thompson
                                               **UNITED STATES DISTRICT JUDGE**